# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DOUGLAS EUGENE CAUSEY**                    **PLAINTIFF**
**# 093679**

v.                 No: 3:22-cv-16-DPM

**BILLY COWELL**, Health Service
Administrator, Well Path,
Arkansas Department of Corrections;
**SHELIA K ARMSTRONG**,
Medical Grievance Administrator,
Well Path, ADC Grimes Unit;
**DEXTER PAYNE**, Director, ADC;
**WILLIAMS F STRAUGHN**,
Assistant Director, ADC                          **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 3*, granted. This case will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2022