IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DOUGLAS EUGENE CAUSEY**  **PLAINTIFF**
**# 093679**

v.  No: 3:22-cv-16-DPM

**BILLY COWELL**, Health Service
Administrator, Well Path,
Arkansas Department of Corrections;
**SHELIA K ARMSTRONG**,
Medical Grievance Administrator,
Well Path, ADC Grimes Unit;
**DEXTER PAYNE**, Director, ADC;
**WILLIAMS F STRAUGHN**,
Assistant Director, ADC  **DEFENDANTS**

## JUDGMENT

Causey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2022